# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MARKO MILAKOVICH,**

              **Plaintiff,**

**-vs-**                                                        **Case No. 6:11-cv-1244-Orl-31KRS**

**USCIS-ORLANDO, MARGARET IGLESIAS, and PAULINE MCGAHEY,**

              **Defendants.**

_____

## ORDER

On March 13, 2012, Magistrate Judge Spaulding entered a Report and Recommendation (Doc. 18), recommending that Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 15) be GRANTED. Plaintiff filed timely objections to the Report (Doc. 19, 20). Defendant responded (Doc. 23). Upon *de novo* review of the above, the Court agrees that it lacks jurisdiction over the claims stated by the Plaintiff. It is, therefore

**ORDERED** that:

1. The Report and Recommendation of the Magistrate Judge is Confirmed and Adopted;

2. The Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED, and

the Second Amended Complaint (Doc. 15) is **DISMISSED WITH PREJUDICE**.  The Clerk is directed to close the file.

      **DONE** and **ORDERED** in Chambers, Orlando, Florida on May 23, 2012.

                                          **GREGORY A. PRESNELL**
                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party